KOCH, Respondent, vs. MINNEAPOLIS DRIVE YOURSELF SYSTEM, INC., and another, imp., Appellants.

*November 12—December 8, 1931.*

For the appellants there was a brief by *Linderman, Ramsdell & King* of Eau Claire, and oral argument by *Bailey Ramsdell.*

For the respondent there was a brief by *W. H. Stafford* and *Harold E. Stafford,* both of Chippewa Falls, and oral argument by *Harold E. Stafford.*

WICKHEM, J.   The plaintiff sustained injuries in the same collision as that involved in *Carroll v. Minneapolis Drive Yourself System, Inc. (ante,* p. 287, 239 N. W. 501). The same issues of fact and of law were presented and the separate appeals argued together.   This case is ruled in all respects by the opinion in that case.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the complaint against the appellants.